UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WILLIAM C. DUFFELMEYER, MICHAEL
WALTHER, STEVEN HEISLER, JEFF NARDI,
STEPHEN M. CARPINIELLO, EDWARD ARCE,    07 Civ 2807
RALPH TANCREDI, PETER T. DeVITTORIO,
MICHAEL MARINELLI, and, ARTHUR MARINELLI, ,

                    Plaintiffs,                   **AFFIDAVIT OF SERVICE**
    -against-

LAWRENCE MARSHALL, individually,
DAVID HALL, individually, and the
TOWN/VILLAGE OF HARRISON, New York,

                    Defendants

------------------------------------------------------------x

     Robert Fouvy, being duly sworn says, I am not a party to the action, am over 18 years of age and reside at New Windsor, New York.

     On April 9, 2007, I served a true copy of the Summons, Complaint and electronic filing rules in the above-captioned matter on David Hall and Lawrence Marshall by delivering the same personally to Desk Sgt. Connor at the Harrison Police Headquarters, 650 North Street, Harrison, New York. On the same date, I also served the Summons, Complaint and electronic filing rules on the Town/Village of Harrison by delivering to Anna Pilloni, the Clerk in the Village Attorney's office at One Heineman Square, Harrison, New York.

     On April 10, 2007, I served by mail the Summons, Complaint and electronic filing rules on David Hall and Lawrence Marshall at Harrison Police Headquarters, 650 North Street, Harrison, New York.

                                                       _____
                                                       Robert Fouvy

Sworn to before me this
10th day of April, 2007

_____
Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 _10_