UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x
WILLIAM C. DUFFELMEYER, MICHAEL
WALTHER, STEVEN HEISLER, JEFF NARDI,
STEPHEN M. CARPINIELLO, EDWARD ARCE,
RALPH TANCREDI, PETER T. DeVITTORIO,    **NOTICE OF MOTION**
MICHAEL MARINELLI, and ARTHUR
MARINELLI,                              **Civil Action No. 07-2807
                                        (WP4) (MDF)**
                    Plaintiffs,

       - against -

LAWRENCE MARSHALL, individually, DAVID
HALL, individually, and the TOWN/VILLAGE OF
HARRISON, NEW YORK,

                    Defendants.
----------------------------------- x

   PLEASE TAKE NOTICE that upon the annexed affidavit of Mark N. Reinharz and exhibit thereto and Memorandum of Law and all other papers filed herein, the Defendants, David Hall, Lawrence Marshall and Town/Village of Harrison, by their attorneys, Bond Schoeneck & King, PLLC, will move before this Court before the Honorable Mark D. Fox, United States Magistrate Judge for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on a date and time to be determined by the Court for or an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the complaint and/or an order granting the individual defendants immunity from suit and any other relief this Court deems appropriate, equitable and proper.

   PLEASE TAKE FURTHER NOTICE that any answering papers must be filed by a date set by the Court.

56808.1

Dated: Garden City, New York
       May 30, 2007

                        Respectfully submitted,

                        Bond, Schoeneck & King, PLLC

                             s/Mark N. Reinharz
                    By:   Mark N. Reinharz (6201)
                            Attorneys for Defendants,
                            1399 Franklin Avenue
                            Suite 200
                            Garden City, New York 11530
                            (516) 267-6320

To:

Jonathan Lovett, Esq.
Lovett & Gould
222 Bloomingdale Road
White Plains, NY 10605

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2007, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic service upon the following parties and participants:

Jonathan Lovett, Esq.
222 Bloomingdale Road
White Plains, New York  10605
Attorney for Plaintiffs

                                            s/   Mark N. Reinharz
                                                Mark N. Reinharz (6201)
                                        Bond, Schoeneck & King, PLLC
                                        Attorneys for Defendants
                                        1399 Franklin Avenue, Suite 200
                                        Garden City, New York  11530