# EXHIBIT 1

# HARRISON POLICE DEPARTMENT
## MEMORANDUM

**DATE:** July 13, 2007

**TO:** All Department Members

**FROM:** Chief David Hall

**RE:** Criminal Allegations

As you know, on May 24, 2007 the Westchester Country District Attorney's Public Integrity Bureau completed its investigation into allegations set for in on March 28, 2007 by certain members of the department. The May 24th report was posted in the department locker room on May 25, 2007 for perusal of all personnel.

Consistent with prior directives concerning discussion during a pending investigation, at the completion of said investigation, there were and there are no department restrictions on any member discussing any of the issues set forth therein.

David R. Hall
Chief of Police

DRH/jc