# LOVETT & GOULD, LLP
### ATTORNEYS AT LAW

JONATHAN LOVETT
JANE BILUS GOULD

222 BLOOMINGDALE ROAD
WHITE PLAINS, N.Y. 10605

914-428-8401
FAX 914-428-8916

MEMO ENDORSED

PATRICIA BERG+
[illegible]+

+also admitted in New Jersey

November 7, 2007

NOV -8 2007

VIA FACSIMILE

Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: Duffelmeyer, et al. v Marshall, et al.
07 Civ 2807 (WP4)(MDF)

Dear Judge Karas:

On consent of all parties I am writing to request an extension of the return date for Defendants' recently filed objections to Judge Yanthis' rulings in the above captioned matter. All parties consent to an extension of thirty days time for Plaintiff to respond.

Respectfully submitted,

Jonathan Lovett

JL:af
cc: Mark Neal Reinharz, Esq. by fax

USDS SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #: _____
DATE FILED: _____

SO ORDERED

KENNETH M. KARAS U.S.D.J.