UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM C. DUFFELMEYER, MICHAEL WALTHER,
STEVEN HEISLER, JEFF NARDI, STEPHEN M. CARPINIELLO,
EDWARD ARCE, RALPH TANCREDI, PETER DeVITTORIO,
MICHAEL MARINELLI and ARTHUR MARINELLI,

                                 Plaintiffs,                  07 CIVIL 2807 (KMK) (MDF)

    -against-

LAWRENCE MARSHALL, individually, DAVID HALL,
individually, and the TOWN/VILLAGE OF
HARRISON, New York,
                                Defendants.
------------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Mark N. Reinharz__

[X] *Attorney*

    [ ] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: 6201

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

*Law Firm/Government Agency Association*

From: _____

To: _____

    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[ ] *Address:* 1399 Franklin Avenue, Suite 200, Garden City, New York 11530

[ ] *Telephone Number:* 516-267-6320

[ ] *Fax Number:* 516-267-6301

[ ] *E-Mail Address:* Mreinharz@bsk.com

Dated: April 3, 2008