APR. 9.2008 10:41AM    LOVETT & GOULD                                    NO. 518    P.



AO 85 (Rev. 8/97) Notice, Consent, and Order of Reference – Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT
SOUTHERN District of NEW YORK

William C. Duffelmeyer, et al.

Plaintiff

v.

Lawrence Marshall, et al.

Defendant

NOTICE, CONSENT, AND ORDER OF REF
EXERCISE OF JURISDICTION BY A UNIT
MAGISTRATE JUDGE

Case Number: 07 Civ 2807(KMK)

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. 636(c), and Fed.R.Civ.P. 73, you are hereby notified that a U magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, howeve only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court' from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting o consent will not be communicated to any magistrate judge or to the district judge to whom the case has been as

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States cou for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRA

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case here consent to have a United States magistrate judge conduct any and all further proceedings in the case, inclu order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | |
|---|---|---|
| Kim Bey (KB1425) | Plaintiff | 4/ |
|  | All Defendants | 4/ |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to ___Magistrate George A. Yanthis___ United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

4/14/08
Date

United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____